UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN, | No. C 05-01785 NJV |
|     Plaintiff, | |
| v. | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| REDWOODS COMMUNITY COLLEGE, | |
|     Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that a Case Management Conference is scheduled for October 18, 2005 at 2:00 p.m., in Courtroom 205 A, 2nd Floor, Federal Building, 514 H Street, Eureka, California.

The parties shall appear in person or through counsel, or, if counsel are located outside the Eureka area, by telephone, and shall be prepared to discuss scheduling of future proceedings in this case.

A case management statement shall be filed no later than **seven (7)** days prior to the conference, in accordance with Civil Local Rule 16-9. The case management statement shall address the following issues:

    A.    <u>Principal Issues</u>

Include a brief statement of the principal facts and events underlying the action. Identify the principal factual and legal issues that the parties dispute.

    B.    <u>Alternative Dispute Resolution and Settlement</u>

1  Identify the alternative dispute resolution procedure(s) which the parties intend to use, or
2  report specifically why no such procedure would assist in the resolution of the case.

3  Suggest ways the Court might help with the settlement process.

4  C. <u>Motions</u>

5  Identify any motions whose early resolution would likely have a significant effect on the
6  scope of discovery or other aspects of the case.

7  D. <u>Discovery</u>

8  1. Describe the discovery each party intends to take and how long discovery is
9  expected to take.  No discovery shall be taken until after the conference.

10  2. Recommend limitations on discovery and, if appropriate, on subject areas,
11  types of witnesses, and/or time periods to which discovery should be confined.

12  E. <u>Trial</u>

13  State the month and year in which the parties recommend the trial should commence, the
14  anticipated length of trial and whether the trial will be before the court or a jury.

15  G. <u>Additional Scheduling</u>

16  1. Recommend time limits to conclude discovery and to hear motions.

17  2. Recommend the date for the pretrial conference and for filing the papers
18  required for the pretrial conference.

19  At the time of filing the original with the Clerk's Office, two conformed copies of all
20  documents shall be delivered directly to chambers on the 2nd floor.  All documents shall list the
21  civil case number followed by the designation "NJV."

22  Dated: 9/14/05

23  _____
Nandor J. Vadas
United States Magistrate Judge