Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendant
REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS, and DOES ONE to FIFTY, inclusive,<br><br>　　　　　Defendants. | Case No.: C 05-01785 BZ<br><br>**STIPULATION TO EXTEND LAST DAY TO COMMENCE MEDIATION** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, acting by and through their respective legal counsel, stipulate to a continuance of the last day to commence mediation, currently set for Monday, January 30, 2006, to Monday, February 27, 2006, in order to complete initial discovery.

///

///

///

///

1

Hayden v. Redwoods Community College District / Stipulation to Extend Mediation Commencement Date/ Case No. C 05-01785 BZ

12/20/2005 11:24 17074411533 SINGLETON LAW GROUP PAGE 02
12/19/20 5 17:58 FAX 415 353 0990 BERTRAND FOX & ELLIOT ☒003/003

Case 1:05-cv-01785-NJV  Document 21  Filed 01/04/06  Page 2 of 2

1  So Stipulated:

2  Dated: December   , 2005

7  Dated: December 19, 2005

By: _____
Jason K. Singleton
Attorney for Plaintiff MANDI HAYDEN

Bertrand, Fox & Elliot

_____
Christine Lee, Attorney for Defendant
REDWOODS COMMUNITY COLLEGE DISTRICT

13  Good cause appearing, the stipulation is so ordered that the last day to commence mediation is moved
14  to Monday, February 27, 2006.

16  So Ordered.

18  Dated:  1/4/06

_____
The Honorable Nandor J. Vadas

Hayden v. Redwoods Community College District / Stipulation to Extend Mediation Commencement Date/ Case No. C 05-01785 BZ