Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
1749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN, | Case No.: C 05-01785 NJV |
| Plaintiff, | **ORDER RE: DURATION OF PLAINTIFF'S DEPOSITION** |
| vs. | |
| REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS, and DOES ONE to FIFTY, inclusive, | Date: January 24, 2006<br>Time: 1:00 p.m. |
| Defendants. | Honorable Nandor J. Vadas |

This matter came before the above-named court on Tuesday, January 24, 2006 at 1:00 p.m. Richard E. Grabowski appeared for plaintiff and Eugene B. Elliot appeared by telephone for defendant. The parties submitted a joint statement concerning defendant's request to extend the duration of plaintiff's deposition. The court, after carefully considering the joint statement and oral arguments of both parties, and good cause appearing therefore, hereby orders:

/ /

/ /

1

Hayden v. Redwoods Community College District / ORDER RE: DURATION OF PLAINTIFF'S DEPOSITION / Case No. C 05-01785 NJV

1  Defendant's request for a two-day deposition is granted, but counsel must confer early on the
2  first day of deposition to decide whether a second day for deposition will be necessary. If plaintiff
3  continues to object to a second day of deposition, counsel for both parties will contact the court for a
4  telephone hearing to decide the same.

7  IT IS SO ORDERED.

9  Dated: 1/31/06

HONORABLE NANDOR J. VADAS

17  APPROVED AS TO FORM:

RICHARD E. GRABOWSKI
21  Attorney for Plaintiff MANDI HAYDEN