1  Jason K. Singleton, State Bar #166170
   Richard E. Grabowski, State Bar #236207
2  SINGLETON LAW GROUP
   611 "L" Street, Suite A
3  Eureka, CA 95501
   (707) 441-1177
4   FAX  441-1533
   lawgroup@sbcglobal.net
5
6  Attorney for Plaintiff, MANDI HAYDEN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | MANDI HAYDEN,              ) Case No. C 05-01785 NJV
                                )
11 |     Plaintiff,              )
                                ) STIPULATION FOR PLAINTIFF TO FILE
12 | v.                          ) FIRST AMENDED COMPLAINT AND
                                ) ORDER THEREON
13 | REDWOODS COMMUNITY COLLEGE  )
   | DISTRICT, dba COLLEGE OF THE )
14 | REDWOODS, and DOES ONE to FIFTY, )
   | inclusive,                  )
15 |                             )
                                )
16 |     Defendants.             )

17     IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of

19 which is attached hereto.

20     IT IS FURTHER STIPULATED that the defendants, **REDWOODS COMMUNITY**

21 **COLLEGE DISTRICT**, waives notice and service of the amended complaint and shall file an

22 amended answer to the amended complaint.

23                                     **SINGLETON LAW GROUP**

24                                     *Jason K. Singleton*
                                       (Digitally signed by Jason K. Singleton
                                       DN: cn=Jason K. Singleton,
                                       o=LAW OFFICE OF JASON
                                       K. SINGLETON, c=US
                                       Date: 2006.02.01 13:02:16
                                       -08'00')
25 Dated:    January 30, 2006          _____
                                       Jason K. Singleton,
26                                     Richard E. Grabowski,
                                       Attorneys for
27                                     Plaintiff, **MANDI HAYDEN**

28

---

Stipulation and Order to File First Amended Complaint        1              C 05-01785 NJV

**BERTRAND, FOX & ELLIOT**

Dated: January 31, 2006

/s/ Eugene B. Elliot
Eugene B. Elliot, Attorneys for Defendant,
**REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS**

## ORDER

The Court, based upon the foregoing Stipulation, hereby orders as follows:

1. Plaintiff may file a First Amended Complaint.

2. Defendant **REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS,** shall file an amended answer to the amended complaint..

DATED: 2/13/06

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE