Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar #236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
 FAX  441-1533
lawgroup@sbcglobal.net

Attorney for Plaintiff, MANDI HAYDEN

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No, 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California  94109
Telephone:  (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendant,

REDWOODS COMMUNITY COLLEGE DISTRICT,
dba COLLEGE OF THE REDWOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN,<br><br>    Plaintiff,<br>v.<br><br>REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C 05-01785 NJV<br><br>STIPULATION TO EXTEND TIME FOR LIMITED DISCOVERY AND ORDER THEREON |

Pursuant to United States District Court, Northern District Local Rule 6-2 Plaintiff MANDI HAYDEN ("Plaintiff") and Defendant REDWOODS COMMUNITY COLLEGE DISTRICT ("Defendant") submit the following stipulation to extend the time for discovery from May 10, 2006 until June 14, 2006.  Plaintiff and Defendant further Stipulate that:

1.     The extension is limited to taking the deposition of Tracey Thomas, an employee

of Defendant, in the Eureka, California area;

2.  The deposition of Tracey Thomas will be limited to two and one half (2-1/2) hours;

3.  The deposition will be limited to the following issues:

    a.  Forms disabled students are required to sign;

    b.  Defendant's assertion of undue financial and administrative burden;

    c.  Threats and coercion.

Plaintiff and Defendant will agree on a time and place convenient to both parties for the deposition within the time allotted by the Court.

IT IS SO STIPULATED.

**SINGLETON LAW GROUP**

Dated: May 8, 2006        /s/ Richard E. Grabowski
Richard E. Grabowski, Attorney for
Plaintiff, **MANDI HAYDEN**

**BERTRAND, FOX & ELLIOT**

Dated: May 8, 2006        /s/ Eugene B. Elliot
Eugene B. Elliot, Attorneys for Defendant
**REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS**

**ORDER**

**IT IS SO ORDERED.**

Dated: 5/15/06

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE