Eugene B. Elliot, State Bar No. 111475
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
REDWOODS COMMUNITY COLLEGE DISTRICT
dba COLLEGE OF THE REDWOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN, <br><br> Plaintiff, <br><br> vs. <br><br> REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS, and DOES ONE to FIFTY, inclusive, <br><br> Defendants. | Case No.: C 05-01785 NJV <br><br> **ORDER RE-SETTING DATES FOR TRIAL, PRE-TRIAL CONFERENCE AND EXPERT DISCLOSURE** |

A telephonic Case Management Conference was conducted on July 13, 2006 at the joint request earlier that day by both counsel. Counsel expressed to the court their belief that, in the interest of judicial economy, it would be preferable to have the pending motions for summary

judgment/adjudication of issues heard and decided before resources are expended preparing for expert disclosure and the pre-trial conference. With agreement of both counsel, the Court ordered the following revised case schedule:

| | |
|---|---|
| Expert witness disclosure: | September 18, 2006 |
| Pre-trial conference: | October 16, 2006 at 9:30 a.m. |
| Trial: | January 9, 2007 at 9:00 a.m. |

The motions for summary judgment/adjudication of issues remain set for hearing on August 15, 2006 at 1:00 p.m.

APPROVED AS TO FORM:

DATE:  7/17/06                             /s/
                                          JASON SINGLETON


DATE:  7/24/06                            _____
                                           Magistrate
                                           JUDGE NANDOR J. VADAS

1
2
3                              ATTORNEY ATTESTATION
4
5     I hereby attest that I have on file all holographic signatures for any signatures indicated by a
6  conformed signature (/s/) within this e-filed document.
7
   Dated: July 17, 2006                              /s/
8
                                              EUGENE B. ELLIOT
9
10
11
12
13
14
15  --                                                                                            -
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE-SETTING DATES FOR TRIAL, PRE-TRIAL CONFERENCE AND EXPERT DISCLOSURE