Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
REDWOODS COMMUNITY COLLEGE DISTRICT
dba COLLEGE OF THE REDWOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS, and DOES ONE to FIFTY, inclusive,<br><br>        Defendants. | Case No.: C 05-01785 NJV<br><br>**STIPULATION TO CONTINUE TRIAL DATE, PRETRIAL DATES AND EXPERT WITNESS DISCLOSURE** |

       The parties, acting by and through their respective legal counsel, hereby stipulate to a continuance of 30 to 60 days for the date of trial, the pretrial dates and the disclosure of expert witnesses. Trial is currently set for January 9, 2007. The Pretrial Conference is set for October 16, 2006 [in San Francisco], with a pretrial statement due on September 26, 2006. Expert witness disclosure is set for September 18, 2006.

       The parties agree that a continuance of the trial date, pretrial conference and expert witness disclosure is warranted in light of the time constraints currently facing each party as they await a ruling on their respective motions for summary judgment.

       The continuance of these dates will allow each party to consider its options after the summary judgment orders specify which, if any, issues remain to be litigated. The extension of time will allow

each party to determine the relevance of, and need for, certain evidence, witnesses and exhibits at trial, as well as minimize the costs for the procurement, preparation and deposition of expert witnesses.

The parties request a telephone conference with the court to determine the revised dates for trial, pretrial conference and pretrial statement, and the disclosure of expert witnesses after the summary judgment orders are issued.

SO STIPULATED.

Date: September 12, 2006 /s/
Jason K. Singleton
Attorney for plaintiff MANDI HAYDEN

Date: September 12, 2006 /s/
Eugene B. Elliot
Christine Lee
Attorneys for defendant COLLEGE OF THE REDWOODS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/18/06
HONORABLE NANDOR J. VADAS