```
Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar #236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
 FAX  441-1533
lawgroup@sbcglobal.net
```

Attorney for Plaintiff, MANDI HAYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HAYDEN,<br><br>　　　　　Plaintiff,<br>v.<br><br>REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS,<br>　　　　　Defendants. | Case No. C 05-01785 NJV<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER |

　　　　Plaintiff MANDI HAYDEN and Defendants REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　　　1.　　The Parties have entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

　　　　2.　　Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

DATED: April 9, 2007　　　　　　　　　　　　Dated: April 9, 2007

**SINGLETON LAW GROUP**　　　　　　　　　**BERTRAND, FOX & ELLIOT**


　　/s/ Jason K. Singleton　　　　　　　　　　　　/s/ Eugene B. Elliot
Jason K. Singleton, Attorneys for　　　　　　Eugene B. Elliot, Attorneys for Defendant
Plaintiff, **MANDI HAYDEN**　　　　　　　　　**REDWOODS COMMUNITY COLLEGE DISTRICT, dba COLLEGE OF THE REDWOODS**

STIPULATION OF DISMISSAL AND ORDER　　　　　　1　　　　　　　　　　　　C 05-01785 NJV

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Hayden vs. Redwoods Community College District, et al.</u>, Case Number C-05-1785 NJV, is dismissed with prejudice with each party to bear its or her own attorneys fees and costs.

Dated: 4/11/07

**NANDOR J. VADAS**
**UNITED STATES MAGISTRATE JUDGE**